UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00010-FDW

| | |
|---|---|
| ARLENE RIVERA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Complaint, (Doc. No. 1), and Defendant's Motion to Remand to the Commissioner for further administrative hearings, including a new hearing, (Doc. No. 10). The Commissioner wishes to conduct further fact finding, and Plaintiff consents to Defendant's Motion. (Id. at 2). The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. As such, Defendant's Motion to Remand, (Doc. No. 10), is **GRANTED**.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the Court hereby **REMANDS** this case to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil procedure.

**IT IS SO ORDERED.**

Signed: June 15, 2023

_____
Frank D. Whitney
United States District Judge